IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RANDALL KELTON and DAVID WETHY,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:14-cv-149-O |
| **EVERHOME MORTGAGE COMPANY,** | § § § § | |
| Defendant. | § § § | |

## JUDGMENT

The Court has entered its order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. It is therefore **ORDERED, ADJUDGED, and DECREED** this case is **DISMISSED without prejudice**.

**SO ORDERED** on this **11th day of July, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**